McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. KELLY
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California  93721
Telephone:  (559) 498-7272

FILED

OCT 1 4 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,        )<br>                              )<br>            v.                )<br>                              )<br>LEROY KEMP, JR.,              )<br>                              )<br>            Defendant.        )<br>_____) | Case No. 1:05-cr-00324 OWW<br><br>REQUEST BY THE UNITED<br>STATES TO UNSEAL<br>INDICTMENT |

Comes now the United States, by and through its attorneys of record, McGregor W. Scott, United States Attorney, and Kimberly A. Kelly, Assistant United States Attorney, and request leave of the Court to unseal the Indictment in the above-referenced matter.

DATED: October 14, 2005

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By  /s/ Kimberly A. Kelly
    KIMBERLY A. KELLY
    Assistant U.S. Attorney

IT IS SO ORDERED:

DATED: October 14, 2005

_____
Hon. OLIVER W. WANGER
U.S. District Court Judge

1