```
McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. KELLY
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California  93721
Telephone:  (559) 498-7272
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>               Plaintiff,            )<br>                                     )<br>          v.                         )<br>                                     )<br> LEROY KEMP, JR.,                    )<br>                                     )<br>               Defendant.            )<br> _____) | Case No. 1:05-cr-00324 OWW<br><br>REQUEST BY THE UNITED<br>STATES TO UNSEAL<br>INDICTMENT |

   Comes now the United States, by and through its attorneys of record, McGregor W. Scott, United States Attorney, and Kimberly A. Kelly, Assistant United States Attorney, and request leave of the Court to unseal the Indictment in the above-referenced matter.

```
DATED: October 14, 2005             Respectfully submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney


                               By    /s/Kimberly A. Kelly___
                                    KIMBERLY A. KELLY
                                    Assistant U.S. Attorney
```

IT IS SO ORDERED:

```
DATED: October _14, 2005      /s/ OLIVER W. WANGER_____
                              Hon. OLIVER W. WANGER
                              U.S. District Court Judge
```

1